**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

DERRICK ANDERSON, on behalf of himself and all others similarly situated,

Plaintiffs,

-against-

Givenchy Corporation,

Defendant.

Case No: 1:22-cv-03145 (PKC)

**<u>NOTICE OF VOLUNTARY</u>**
**<u>DISMISSAL WITHOUT PREJUDICE</u>**

**PLEASE TAKE NOTICE**, that the above-entitled action against Defendant, Givenchy Corporation, shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) without prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:   Hicksville, New York
          July 25, 2024

Respectfully submitted,

<u>/s/ *Mars Khaimov*</u>

Mars Khaimov, Esq.
Mars Khaimov Law, PLLC
100 Duffy Ave., Suite 510
Hicksville, NY 11801
mars@khaimovlaw.com